UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Gildardo Martinez, et al.

                              Plaintiff,

v.                                                        Case No.: 1:17–cv–04779
                                                          Honorable Susan E. Cox

North Shore Baking Corp., et al.

                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, October 9, 2018:

      MINUTE entry before the Honorable Susan E. Cox: Status hearing held. Defense counsel appeared. Plaintiff Gildardo Martinez failed to appear despite the Court sending order dated 9/24/2018 to Mr. Martinez at two separate addresses. This matter is hereby dismissed without prejudice for 30 days; this matter will automatically convert to a dismissal with prejudice on 11/9/2018 if Mr. Martinez has not taken the appropriate action to reinstitute the case on or before 11/8/2018. Civil case terminated. Mailed notice (np, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.